1

2

3

4

5

6

7

8                          UNITED STATES  DISTRICT COURT

9                          Northern District of California

10                                Oakland Division

11   CHARLES BYON NISHI,                        No. C 11-00438 LB

12                     Plaintiff,               **ORDER DIRECTING PLAINTIFF TO**
                                                **FILE CONSENT/DECLINATION**
            v.
13                                              **FORM**
     MARIN COUNTY OF, *et al.*,
14
                      Defendants.
15   _____/

16       This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all

17   purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to

18   conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the

19   consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to

20   the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any

21   other judgment of a district court.

22       Plaintiff Charles Byon Nishi has not filed a written consent to Judge Beeler's jurisdiction.  Nishi

23   also has the right to have the case assigned to a United States District Judge for trial and disposition.

24   Accordingly, Nishi shall inform the Court whether he consents to Judge Beeler's jurisdiction or

25   requests reassignment to a United States District Judge.  The consent/declination form shall be filed

26   by February 15, 2011.

27       **IT IS SO ORDERED.**

28   Dated: February 1, 2011

                                                 _____
                                                 LAUREL BEELER
                                                 United States Magistrate Judge

ORDER
C 11-00438 LB

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

CHARLES BYON NISHI,

         Plaintiff,

    v.

MARIN COUNTY OF, *et al.*,

         Defendants.

_____/

No.  C 11-00438 LB

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 11-00438 LB

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7

# UNITED STATES  DISTRICT COURT

## Northern District of California

Oakland Division

CHARLES BYON NISHI,

      Plaintiff,

  v.

MARIN COUNTY OF, *et al*,

      Defendants.

_____/

No.  C 11-00438 LB

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 11-00438 LB