UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES BYON NISHI,

    Plaintiff,

    v.

COUNTY OF MARIN, et al.,

    Defendants.
_____/

No. C 11-0438 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motions to dismiss, which was previously set for April 20, 2011, at 9:00 a.m., has been CONTINUED to June 15, 2011, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. Please note, however, that the original briefing schedule shall remain in effect.

IT IS SO ORDERED.

Dated: April 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge