UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES BYON NISHI,

       Plaintiff(s),                        No. C 11-0438 PJH

     v.                                     **JUDGMENT**

COUNTY OF MARIN, et al.,

       Defendant(s).

_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted State defendants' motion to dismiss and County defendants' motion for summary judgment

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: February 21, 2012

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                     United States District Judge